## TABLE OF CONTENTS OF EXHIBITS

| Exhibit | Title | PAGE |
|---|---|---|
| 1 | Complaint | 1 |
| 2 | Summons | 88 |
| 3 | Plaintiff's Supplemental Brief In Support Of Preliminary Injunction and Appointment of Special Master | 89 |
| 4 | Cross-Complaint of Defendants Paul S. Aisen and University of Southern California | 108 |
| 5 | Defendants' Notice of Demurrer and Demurrer | 140 |
| 6 | Alternative Dispute Resolution Information | 163 |
| 7 | Civil Case Cover Sheet | 166 |
| 8 | Department 68 Policies and Procedures | 167 |
| 9 | Notice of Case Assignment | 169 |
| 10 | [Proposed] Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction and Appointment of Special Master | 171 |
| 11 | Index of Exhibits to Declarations of Sharp, Mobley, and Ohno-Machado In Support of Plaintiff's Ex Parte Application | 175 |
| 12 | Declaration of William Mobley | 179 |
| 13 | Notice and Acknowledgment of Receipt (Deborah Tobias) | 479 |
| 14 | Notice and Acknowledgment of Receipt (Gustavo Jimenez-Maggiora) | 481 |
| 15 | Notice and Acknowledgment of Receipt (Hong Mei Qiu) | 483 |
| 16 | Notice and Acknowledgment of Receipt (Jeremy Pizzola) | 485 |
| 17 | Notice and Acknowledgment of Receipt (Ja-Sing So) | 487 |
| 18 | Notice and Acknowledgment of Receipt (Mayya Nessirio) | 489 |
| 19 | Notice and Acknowledgment of Receipt (Paul S. Aisen) | 491 |
| 20 | Notice and Acknowledgment of Receipt (Phuoc Hong) | 493 |

| Exhibit | Title | PAGE |
|---|---|---|
| 21 | Notice and Acknowledgment of Receipt (Stefania Bruschi) | 495 |
| 22 | Notice and Acknowledgment of Receipt (USC) | 497 |
| 23 | Declaration of Lucila Ohno-Machado | 499 |
| 24 | Plaintiff's Ex Parte Application | 604 |
| 25 | Declaration of J. Daniel Sharp In Support of Plaintiff's Ex Parte Application | 626 |
| 26 | Stipulation and Temporary Restraining Order | 676 |
| 27 | Declaration of Panteha Abdollahi In Support Of Opposition to the Ex Parte OSC Re Preliminary Injunction | 679 |
| 28 | Declaration of Paul S. Aisen In Support Of Opposition to the Ex Parte Motion for TRO and OSC Re Preliminary Injunction | 689 |
| 29 | Civil Cover Sheet | 711 |
| 30 | Declaration of Gustavo Jimenez-Maggiora In Support Of Opposition to the Ex Parte Motion for TRO and OSC Re Preliminary Injunction | 713 |
| 31 | Opposition by Defendants to Ex Parte Motion for Expedited Discovery | 720 |
| 32 | Defendants' Opposition to Ex Parte Application by the Regents of the University of California for an Order to Show Cause Re Preliminary Injunction | 724 |
| 33 | Proof of Service | 740 |
| 34 | Minute Order | 743 |
| 35 | Reporter's Transcript of Proceedings | 744 |
| 36 | [Proposed] Order on Defendants' Ex Parte Application for an Order Requiring Plaintiff's Declarants and Relevant Witnesses to Sit for Expedited Depositions | 756 |
| 37 | [Proposed] Order Granting Sanctions for Defendants' Failure to Appear at Court-Ordered Depositions and Failure to Produce Documents | 758 |
| 38 | Declaration of Panteha Abdollahi Re Notice to Plaintiff of Defendants' Ex Parte Application | 761 |
| 39 | Declaration of Panteha Abdollahi Re Notice to Plaintiff of Defendants' Ex Parte Application | 765 |
| 40 | Declaration of Paul S. Aisen ISO Defendants' Ex | 796 |

| Exhibit | Title | PAGE |
|---|---|---|
| | Parte Application | |
| 41 | Declaration of Paul S. Aisen ISO Defendants' Ex Parte Application | 806 |
| 42 | Declaration of Phuoc Hong ISO Defendants' Ex Parte Application | 816 |
| 43 | Defendants' Opposition to Ex Parte Application | 819 |
| 44 | Defendants' Ex Parte Application for an Order Requiring Plaintiff's Declarants and Relevant Witnesses to Sit for Expedited Depositions; Memorandum of Law in Support | 826 |
| 45 | Defendants' Ex Parte Application for 1) TRO, 2) Continuance of Hearing, and 3) Expedited Discovery | 838 |
| 46 | Declaration of Gustavo Jimenez-Maggiora ISO Defendants' Ex Parte Application | 859 |
| 47 | Declaration of Michael Kunkel | 881 |
| 48 | Declaration of William Mobley ISO Plaintiff's Notice and Motion | 912 |
| 49 | Plaintiff's Opposition to Defendants' Ex Parte Application for TRO, Expedited Discovery, and Delay | 915 |
| 50 | Plaintiff's Application for Sanctions | 926 |
| 51 | Proof of Service Plaintiff's Ex Parte Application for Sanctions | 967 |
| 52 | Proof of Service Defendants' Ex Parte Application | 970 |
| 53 | Proposed TRO | 973 |
| 54 | Romeo Declaration ISO Plaintiff's Ex Parte Application | 978 |
| 55 | Minute Order | 1122 |
| 56 | July 14, 2015 Hearing Transcript | 1123 |
| 57 | Minute Order | 1142 |
| 58 | Proposed Order Granting Plaintiff's Motion to Strike from the Record | 1144 |
| 59 | Hecht Declaration ISO Preliminary Injunction | 1147 |
| 60 | Hecht Declaration ISO Preliminary Injunction | 1162 |
| 61 | Murphy Declaration ISO Supplemental Brief | 1177 |
| 62 | Widjada Declaration ISO Supplemental Brief | 1276 |
| 63 | Plaintiff Memo of Points and Authorities ISO | 1278 |

| Exhibit | Title | PAGE |
|---|---|---|
| | Motion to Strike from the Record | |
| 64 | Plaintiff's Motion to Strike from the Record | 1287 |
| 65 | Notice of Submission of Revised Proposed Order Granting Preliminary Injunction | 1289 |
| 66 | Plaintiff's Objection to Aisen, Abdollahi, and Jimenez-Maggiora Declarations | 1297 |
| 67 | Plaintiff's Reply ISO Motion to Strike from the Record | 1310 |
| 68 | Proof of Service | 1316 |
| 69 | Proof of Service | 1319 |
| 70 | Sharp Declaration ISO Plaintiff's Motion to Strike from the Record | 1322 |
| 71 | Supplemental Ohno-Machado Declaration | 1335 |
| 72 | Proposed Order Granting Plaintiff's Ex Parte Application | 1350 |
| 73 | Plaintiff's Ex Parte Application | 1352 |
| 74 | Sharp Declaration ISO Plaintiff's Motion for Sanctions | 1832 |
| 75 | Bertrand Declaration ISO Defendant's Opposition to Plaintiff's Ex Parte Application | 2284 |
| 76 | Plaintiff's Motion for Sanctions | 2366 |
| 77 | Proof of Service | 2384 |
| 78 | Abdollah Declaration ISO Opposition to Preliminary Injunction | 2387 |
| 79 | Leiderman Declaration ISO Opposition to Preliminary Injunction | 2460 |
| 80 | Dickman Declaration ISO Opposition to Preliminary Injunction | 2514 |
| 81 | Aisen Declaration ISO Opposition to Preliminary Injunction | 2520 |
| 82 | Hong Declaration ISO Opposition to Preliminary Injunction | 2528 |
| 83 | Barton Declaration ISO Opposition to Preliminary Injunction | 2531 |
| 84 | Defendants' Objections to Mobley and Ohno-Machado Declarations | 2535 |
| 85 | Minute Order | 2551 |
| 86 | Defendants' Opposition to Preliminary Injunction | 2552 |

| Exhibit | Title | PAGE |
|---|---|---|
| 87 | Proof of Service | 2570 |
| 88 | Proof of Service | 2573 |
| 89 | Proof of Service | 2576 |
| 90 | Supplemental Jimenez-Maggiora Declaration | 2579 |
| 91 | Proposed Order to Plaintiff's Objections to Aisen, Barton, Dickman, Hong, Leiderman, and Jimenez-Maggoria Declarations | 2585 |
| 92 | Garrett Declaration ISO Preliminary Injunction | 2634 |
| 93 | Plaintiff's Objections to Aisen, Barton, Dickman, Hong, Leiderman, and Jimenez-Maggoria Declarations | 2646 |
| 94 | Matthews Reply Declaration ISO Preliminary Injunction | 2682 |
| 95 | Greenberg Declaration | 2706 |
| 96 | Young Reply Declaration ISO Preliminary Injunction | 2748 |
| 97 | Plaintiff's Reply ISO Preliminary Injunction | 2760 |
| 98 | Proof of Service | 2776 |
| 99 | Sharp Reply Declaration ISO Preliminary Injunction | 2779 |
| 100 | Mobley Reply Declaration ISO Application for Preliminary Injunction and Appointment of Special Master | 2873 |
| 101 | Notice of Errata Regarding Plaintiff's Reply Brief and Sharp Declaration | 2910 |
| 102 | Notice of Objections to Plaintiff's Revised Proposed Order | 2924 |
| 103 | Proof of Service | 2956 |
| 104 | [Proposed] Preliminary Injunction and Appointment of Special Master | 2958 |
| 105 | Proof of Service | 2964 |
| 106 | Preliminary Injunction and Appointment of Special Master | 2967 |
| 107 | Proof of Service | 2972 |
| 108 | Notice of Entry of Order Granting Preliminary Injunction and Appointment of Special Master Notice of Posting Bond or Undertaking | 2975 |

99999-77739/7089578.1

4