QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael E. Williams (Bar No. 181299)
  michaelwilliams@quinnemanuel.com
  Viola Trebicka (Bar No. 269526)
  violatrebicka@quinnemanuel.com
  Matthew A. Bergjans (Bar No. 302830)
  alexbergjans@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Amar Thakur (Bar No. 194025)
5095 Rancho Quinta Bend
San Diego, CA 92130
Telephone: (858) 481-2115

Attorneys for Defendants
University of Southern California
Paul S. Aisen, Jeremy Pizzola, Deborah Tobias,
Gustavo Jimenez-Maggiora, Phuoc Hong,
Hong Mei Qiu, Stefania Bruschi, Jia-Sing So,
and Mayya Nessirio

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL S. AISEN, an individual; JEREMY PIZZOLA, an individual; DEBORAH TOBIAS, an individual; GUSTAVO JIMENEZ-MAGGIORA, an individual; PHUOC HONG, an individual; HONG MEI QIU, an individual; STEFANIA BRUSCHI, an individual; JIA-SING SO, an individual; MAYYA NESSIRIO, an individual; UNIVERSITY OF SOUTHERN CALIFORNIA, a California Corporation; and DOES 1-25, Inclusive,<br><br>Defendants. | CASE NO. '15CV1766 BEN BLM<br><br>**DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S NOTICE OF PARTIES WITH FINANCIAL INTEREST**<br><br>Date: August 10, 2015<br>Courtroom:<br>Judge: |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2 of the United States District Court for the Southern District of California, Defendant University of Southern California provides the following statement of financial interest.

1. The University of Southern California is a California corporation.
2. The University of Southern California has no parent company.
3. No publically traded company owns 10% or more of the University of Southern California's stock.

DATED: August 10, 2015               Respectfully submitted,

                                     QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

                                     By */s/ Michael E. Williams*
                                           John B. Quinn
                                           Michael E. Williams
                                           Amar L. Thakur
                                           Attorney for Defendants
                                           University of Southern California, Paul
                                           S. Aisen, Jeremy Pizzola, Deborah
                                           Tobias, Gustavo Jimenez-Maggiora,
                                           Phuoc Hong, Hong Mei Qiu, Stefania
                                           Bruschi, Jia-Sing So, and Mayya
                                           Nessirio
                                           amarthakur@quinnemanuel.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following document has been served on August 10, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4:

**DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S NOTICE OF PARTIES WITH FINANCIAL INTEREST**

Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct and that this proof of service was executed on August 10, 2015 at Los Angeles, California.

*/s/ Michael E. Williams*
Michael E. Williams