# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>        Plaintiff,<br>v.<br><br>PAUL S. AISEN et al.<br><br>        Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 15-cv-1766 BEN (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO APPROVE (FURTHER MODIFIED) PROTOCOL FOR FORENSIC INSPECTION AND RETURN OF LAPTOP COMPUTER AND MOBILE PHONE**<br><br>[ECF No. 107] |
|---|---|

Presently before the Court is the parties' Joint Motion to Approve (Further Modified) Protocol for Forensic Inspection and Return of Laptop Computer of Mobile Phone, dated June 24, 2016. (ECF No. 107.) For good cause shown, the Joint Motion is **GRANTED**.

**IT IS HEREBY ORDERED**:

1. The Protocol for Forensic Inspection and Return of Laptop and Mobile Phone In Possession of Aisen, attached as Exhibit 1 to the Joint Motion ("Forensic Protocol"), is approved; and

2. James Aquilina of Stroz Friedberg is appointed as Special Master under the Forensic Protocol for the purpose of carrying out the terms of the Forensic Protocol.

Dated: June 30, 2016

*Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge